1   SCOTT N. SCHOOLS, SBN SC 9990
    United States Attorney
2   LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
3   Social Security Administration
    JACQUELINE A. FORSLUND, SBN CA 154575
4   Special Assistant United States Attorney

5      333 Market Street, Suite 1500
      San Francisco, California  94105
6      Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7
  Attorneys for Defendant
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. FISHER,      ) <br>                     ) <br>     Plaintiff,     ) <br>                     ) <br>      v.       ) <br>                     ) <br> MICHAEL J. ASTRUE,   ) <br> Commissioner of    ) <br> Social Security,    ) <br>                     ) <br>     Defendant.    ) <br> _____) | CIVIL NO. C-05-4383 VRW <br><br> STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES UNDER THE EAJA; AND ORDER |

TO THE HONORABLE VAUGHN R. WALKER, CHIEF JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND TWO HUNDRED dollars ($3,200.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by his attorney in connection with this civil action for services before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

1    The stipulation is entered into for the sole purpose of settling all disputed claims regarding EAJA

2    and avoiding the expenses and risks of litigation.  This stipulation constitutes a compromise settlement

3    of Plaintiff's request for EAJA attorney fees, costs and expenses.  This stipulation does not constitute an

4    admission of liability on the part of Defendant under the EAJA.  This stipulation does not settle or

5    compromise the question of whether Marc V. Kalagian may be, is, or should be the direct payee of an

6    award of fees, costs, and expenses under the EAJA in the absence or presence of an express or implied

7    assignment of such an award nor whether any such award is free from or subject to debts of Plaintiff, if

8    any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue regarding the

9    applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.

10    Neither this agreement nor the substance herein shall, in full or in part, be quoted, cited or

11    referred to in any document filed in any case but the present one and it shall not, in full or in part, be

12    attached to any document filed in any case but the present one.

13    Payment of THREE THOUSAND TWO HUNDRED dollars ($3,200.00) in EAJA attorney fees,

14    costs, and expenses to Marc V. Kalagian, as Plaintiff's assignee, shall constitute a complete release from

15    and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection

16    with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and

17    delivered to Plaintiff's counsel.

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

1    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

2    attorney fees, under 42 U.S.C. § 406(b).  Any payment shall be made payable to Plaintiff's counsel as

3    Plaintiff's assignee and delivered to Plaintiff's counsel.

4

5    Dated: December 27, 2007

Respectfully submitted,

/s/ Marc V. Kalagian
(As authorized via email)
Marc V. Kalagian
Attorney for Plaintiff

6

7

8    Dated: December 27, 2007

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

9

10

11

12

/s/ Jacqueline A. Forslund
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

13

14

Attorneys for Defendant

15

ORDER

16

17

18   APPROVED AND SO ORDERED.

19

20   DATED:  January 7, 2008

21

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

3